UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SHAWN FRASER,                                                :
                                                             :         ORDER DIRECTING
                              Plaintiff,                     :
                                                             :         ORIGINAL SIGNATURES
          -against-                                          :
                                                             :         12 Civ. 8841 (LAP)
CORIZON, ET AL.,                                             :
                                                             :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

          Plaintiff brings this action *pro se*. The Court directs Plaintiff to resubmit his request to

proceed *in forma pauperis* form, prisoner authorization form, and the complaint – each with an

original signature – within thirty days of the date of this order as detailed below.

          Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading,

written motion, and other paper must be signed by at least one attorney of record in the

attorney's name-or by a party personally if the party is unrepresented." *See also* Local Civil

Rule 11.1(a).  The Supreme Court has interpreted Rule 11(a) to require "as it did in John

Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S.

757, 764 (2001).

          Plaintiff submitted each of his forms – his request to proceed *in forma pauperis* form,

prisoner authorization form, and the complaint – without a signature.  Therefore, Plaintiff is

directed to resubmit each form with an original signature to the Court within thirty days of the

date of this order.[1]

          The Clerk of Court is directed to assign this matter to my docket and to mail a copy of

this order to Plaintiff.  No Summons shall issue at this time.  If Plaintiff complies with this order,

if proper, the case shall be reassigned to a district judge in accordance with the procedures of the

---

[1] For Plaintiff's convenience, a request to proceed *in forma pauperis* form, prisoner
authorization form, and a complaint form are attached.  Plaintiff must return the forms with
original signatures on each form to the Court within thirty days of the date of this order.

Clerk's Office.  If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under  28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.  *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a non-frivolous issue).

SO ORDERED:

_Loretta A. Preska_
_____
LORETTA A. PRESKA
Chief United States District Judge

Dated: January 15, 2012
      New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

                                    **AMENDED**
                                    **COMPLAINT**

-against-                           under the Civil Rights Act,
                                    42 U.S.C. § 1983

_____
_____
_____     Jury Trial:  ☐ Yes    ☐ No
_____                 *(check one)*
_____
_____     ___ Civ. _____ (   )
_____
_____

*(In the space above enter the full name(s) of the defendant(s).  If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names.  The names
listed in the above caption must be identical to those contained in
Part I.  Addresses should not be included here.)*

**I.      Parties in this complaint:**

A.      List your name, identification number, and the name and address of your current place of
        confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
        as necessary.

Plaintiff's      Name_____
                 ID#_____
                 Current Institution_____
                 Address_____
                 _____

B.      List all defendants' names, positions, places of employment, and the address where each defendant
        may be served.  Make sure that the defendant(s) listed below are identical to those contained in the
        above caption.  Attach additional sheets of paper as necessary.

Defendant  No. 1      Name _____ Shield #_____
                      Where Currently Employed _____
                      Address _____
                      _____

Defendant  No. 2        Name  _____ Shield #_____

Where Currently Employed _____

Address _____

_____


Defendant  No. 3        Name  _____ Shield #_____

Where Currently Employed _____

Address _____

_____


<table>
<tr><td style="border:1px solid black; padding:4px; font-weight:bold; font-size:small">Who did<br>what?</td></tr>
</table>

Defendant  No. 4        Name  _____ Shield #_____

Where Currently Employed _____

Address _____

_____


Defendant  No. 5        Name  _____ Shield #_____

Where Currently Employed _____

Address _____

_____


## II.      Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.


A.      In what institution did the events giving rise to your claim(s) occur?

_____
_____


B.      Where in the institution did the events giving rise to your claim(s) occur?

_____


C.      What date and approximate time did the events giving rise to your claim(s) occur?

_____
_____
_____


<table>
<tr><td style="border:1px solid black; padding:4px; font-weight:bold; font-size:small">What<br>happened<br>to you?</td></tr>
</table>

D.      Facts:_____
_____
_____
_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| Was anyone else involved? |

_____
_____
_____
_____

| Who else saw what happened? |

### III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

_____
_____
_____
_____
_____
_____
_____
_____
_____

### IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."   Administrative remedies are also known as grievance procedures.

A.      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

        Yes _____   No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B.　　Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

　　　Yes _____　　No _____　　Do Not Know _____

C.　　Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

　　　Yes _____　　No _____　　Do Not Know _____

　　　If YES, which claim(s)?
　　　_____

D.　　Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

　　　Yes _____　　No _____

　　　If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

　　　Yes _____　　No _____

E.　　If you did file a grievance, about the events described in this complaint, where did you file the grievance?
　　　_____

　　　1.　　Which claim(s) in this complaint did you grieve?
　　　　_____

　　　　_____

　　　2.　　What was the result, if any?
　　　　_____

　　　　_____

　　　3.　　What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.
　　　　_____
　　　　_____
　　　　_____
　　　　_____

F.　　If you did not file a grievance:

　　　1.　　If there are any reasons why you did not file a grievance, state them here:
　　　　_____
　　　　_____
　　　　_____

_____
_____
_____

    2.      If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

_____
_____
_____
_____
_____
_____

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____
_____
_____
_____
_____
_____
_____
_____

<u>Note</u>:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V.**    **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

*Rev. 01/2010*             5

_____
_____
_____
_____

## VI.   Previous lawsuits:

**On these claims**

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No _____

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
_____

_____ 3.   Docket or Index number _____

_____ 4.   Name of Judge assigned to your case_____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?  Yes _____ No _____

If NO, give the approximate date of disposition_____

7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____
_____

**On other claims**

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____ No _____

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____
_____

_____ 3.   Docket or Index number _____

_____ 4.   Name of Judge assigned to your case_____

5.   Approximate date of filing lawsuit _____

6.     Is the case still pending?  Yes _____   No _____

If NO, give the approximate date of disposition_____

7.     What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  _____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

Signature of Plaintiff   _____

Inmate Number      _____

Institution Address    _____

_____

_____

_____

<u>Note</u>:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:  _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

        -against-

_____

_____

_____

_____
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

___ Civ. _____ (___) (___)

**REQUEST TO PROCEED**
***IN FORMA PAUPERIS***

I, _____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security.  I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1.     If you are presently employed:
            a) give the name and address of your employer
            b) state the amount of your earnings per month

        _____

        _____

2.     If you are NOT PRESENTLY EMPLOYED:
            a) state the date of start and termination of your last employment
            b) state your earnings per month
        **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED**.

        _____

3.     Have you received, within the past twelve months, any money from any source?  If so, name the source and the amount of money you received.

        _____

        a) Are you receiving any public benefits?     ☐  No.     ☐  Yes, $_____.

        b) Do you receive any income from any other source?  ☐  No.     ☐  Yes, $_____.

4.     Do you have any money, including any money in a checking or savings account?  If so, how much?

       ☐   No.          ☐   Yes,  $_____.


5.     Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property?
       If the answer is yes, describe the property and state its approximate value.

       ☐   No.          ☐   Yes,   $ _____.


6.     Do you pay for rent or for a mortgage?  If so, how much each month?

       ☐   No.          ☐   Yes,   _____.


7.     List the person(s) that you pay money to support and the amount you pay each month.

       _____

       _____


8.     State any special financial circumstances which the Court should consider.

       _____

       _____

       _____


I understand that the Court shall dismiss this case if I give a false answer to any questions in this
declaration.


**I declare under penalty of perjury that the foregoing is true and correct.**


Signed this _____ day of _____, _____.
                       *date*                                      *month*             *year*



                                                    _____
                                                                         *Signature*


*Rev. 05/2010*                              2



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

# PRISONER AUTHORIZATION

Case Name: _____v._____
*(Enter the full name of the plaintiff(s))*      *(Enter the full name of the defendant(s))*

Docket No:   No. _____ Civ. _____ (        )
*(Enter the docket number, if available; if filing this with your complaint, you will not have a docket number.)*

       The Prison Litigation Reform Act ("PLRA" or "Act") amended the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained at any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350.00 has been paid, no matter what the outcome of the action.

**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

       I, _____ *(print or type your name)*, request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, or, if this matter is transferred to another district court, to the Clerk of the transferee court, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred, and to any other district court to which my case may be transferred and by which my poor person application may be decided.

       I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350.00 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT **EVEN IF MY CASE IS DISMISSED OR EVEN IF I VOLUNTARILY WITHDRAW THE CASE.**

_____, 20___
*Date signed*

_____
*Signature of Plaintiff*

_____
*Prisoner I.D. Number*

_____
*Name of current facility*

*rev. 01/11*